UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>OSCO INDUSTRIES, INC.<br><br>    and<br><br>JOHN DOE,<br><br>        Defendants. | Case No.<br><br>Judge<br><br>Magistrate Judge<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendant Osco Industries, Inc. ("Osco") and Defendant John Doe ("Doe") (collectively, "Defendants") hereby alleges as follows:

### NATURE OF THE ACTION

This is a copyright infringement action arising out of Osco's and Doe's unauthorized and willful use and copying of DS SolidWorks's SOLIDWORKS software package.

### THE PARTIES

1. Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, Massachusetts 02451-1223.

2. On information and belief, Defendant Osco is an Ohio corporation, having a principal place of business at 734 11th Street, Portsmouth, Ohio 45662.

3. On information and belief, Defendant Doe is an adult individual who is an employee of or otherwise associated with Osco.

## JURISDICTION AND VENUE

4. This action arises under 17 U.S.C. § 101 et seq. for infringement of copyrights owned by DS SolidWorks.

5. This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).

6. This Court has personal jurisdiction over Osco because, among other things, Osco resides in and transacts business in Ohio and in this judicial district.

7. This Court has personal jurisdiction over Doe because, upon information and belief, Doe is an employee of Osco and a resident of Ohio, also residing within this judicial district.

8. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2), 1391(c)(2), 1391(d), and 1400(a).

## BACKGROUND

**DS SolidWorks and the Copyrighted Works**

9. DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

10. DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

11. DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including (i) U.S. Copyright Registration No. TX 0005225647 titled

"SolidWorks 2000 : pt. 1," (ii) U.S. Copyright Registration No. TX 0005666476 titled "SolidWorks 2001 plus," (iii) U.S. Copyright Registration No. TX 0005725523 titled "Solidworks," (iv) U.S. Copyright Registration No. TX 0007411344 titled "SolidWorks 2011," (v) U.S. Copyright Registration No. TX 0007534639 titled "SolidWorks 2012," (vi) U.S. Copyright Registration No. TX 0007951350 titled "SolidWorks 2014," (vii) U.S. Copyright Registration No. TX 0008101716 titled "SolidWorks 2015," (viii) U.S. Copyright Registration No. TX 0008284758 titled "SolidWorks 2016," and (ix) U.S. Copyright Registration No. TX 0008443820 titled "SOLIDWORKS 2017" (the "SOLIDWORKS Copyright Registrations"), attached as Exhibit 1, hereto.

**Detection of Infringement by Defendants**

12. The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies unauthorized uses of the SOLIDWORKS software and transmits identifying data to DS SolidWorks when such unauthorized uses occur.

13. Initially, through its monitoring technology, DS SolidWorks detected at least 895 unauthorized uses of its SOLIDWORKS software on at least two different computers having MAC addresses (i) 40a8f05fbf03, (ii) 00235a363b56, and (iii) 00216bc28a2e.

14. Subsequently, through its monitoring technology, DS SolidWorks detected at least 148 unauthorized uses of its SOLIDWORKS software on at least six computers having MAC addresses (i) 14dae94f5a84, (ii) 00166ff7896f, (iii) 02166ff7896f, (iv) 00166ff78970, (v) 4025c24dfdcc, (vi) 64d4da5c2ea9, (vii) 00ff0276a117, (viii) 00ffafb0720b, (ix) 00ff78d4be65, (x) 00ff421406b0, (xi) 4025c24dfdcd, (xii) 00ff1a9f743b, (xiii) 00ff5cb06d25, (xiv) 00ff8734f830, and (xv) 10bf480d2a02 (collectively with the computers/MAC addresses of the previous paragraph, the "Computers").

15.     Through its monitoring technology, DS SolidWorks determined that some or all of the Computers were connected to a wi-fi network having geolocation coordinates at Osco's place of business in Portsmouth, Ohio.

**Infringement by Osco and Doe**

16.     Upon information and belief, the Computers are owned by one of the Defendants.

17.     Upon information and belief, the Computers have been used by Doe and/or by employees of Osco or by persons under the control of Osco.

18.     Upon information and belief, Doe and/or employees or other persons under the control of Osco downloaded one or more copies of SolidWorks from the internet.

19.     Upon information and belief, Doe and/or employees or other persons under the control of Osco installed one or more copies of SolidWorks on one or more of the Computers.

20.     Upon information and belief, Doe and/or employees or other persons under the control of Osco launched (executed) and/or used one or more copies of SolidWorks on at least one of the Computers.

21.     Defendants did not have authorization from DS SolidWorks to launch (execute) and/or use SolidWorks.

22.     Osco purports to "provide top quality castings and casting services with unparalleled reliability." See https://www.oscoind.com/index.html.

23.     Osco and Doe started to use DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks in late 2011.

24.     Osco and Doe continue to use DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks.

4

25. Upon information and belief, Osco received a direct financial benefit from the use of SOLIDWORKS by Doe and/or one or more of its employees or other persons under its control.

**Notice of Infringement to Defendants**

26. On July 11, 2017, counsel for DS SolidWorks sent a letter to Osco via email to Mr. John Burke, offering to resolve Osco's unauthorized use of DS SolidWorks's SOLIDWORKS software packages. The July 11, 2017 letter is attached as Exhibit 2, hereto.

27. On July 5, 2018, counsel for DS SolidWorks sent a letter to Osco via email to Mr. Philip Vetter, offering to resolve Osco's additional instances of unauthorized use of DS SolidWorks's SOLIDWORKS software packages. The July 5, 2018 letter is attached as Exhibit 3, hereto.

28. On July 6, 2018, DS SolidWorks sent a third communication to Osco via email from Mr. Barry Smith to Mr. Vetter, again seeking to establish communication to resolve Osco's unauthorized use of DS SolidWorks's SOLIDWORKS software packages. The July 6, 2018 email is attached as Exhibit 4, hereto.

29. On July 10, 2018, DS SolidWorks send a fourth communication to Osco via email from Mr. Smith to Mr. Vetter, seeking to again seeking to establish communication to resolve Osco's unauthorized use of DS SolidWorks's SOLIDWORKS software packages. The July 10, 2018 email is attached as Exhibit 5, hereto.

30. On July 18, 2018, counsel for DS SolidWorks sent a fifth communication via email and U.S. Mail to Mr. Vetter at Osco, again seeking to establish communication to resolve Osco's unauthorized use of DS SolidWorks's SOLIDWORKS software packages. The July 18, 2018 letter is attached as Exhibit 6, hereto.

31. Osco has not responded to any of the July 2018 communications, but upon information and belief, continues its unauthorized use of DS SolidWorks's SOLIDWORKS software packages.

## COUNT I

### FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)
### (against all Defendants)

32. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

33. SOLIDWORKS, including SolidWorks 2011, SolidWorks 2012, SolidWorks 2014, SolidWorks 2015, SolidWorks 2016, SOLIDWORKS 2017, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

34. DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

35. Osco and Doe downloaded the SolidWorks 2011, SolidWorks 2012, SolidWorks 2014, SolidWorks 2015, SolidWorks 2016, and SOLIDWORKS 2017 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

36. Subsequently to downloading a copy of SOLIDWORKS, Osco and Doe installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

37. Each time Osco and Doe executed SOLIDWORKS, Osco and Doe caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory (e.g., random access memory (RAM)) without authorization or permission from DS SolidWorks.

38. Osco and Doe executed SOLIDWORKS at least on eight computers identifiable by MAC addresses 40a8f05fbf03, 00235a363b56, 00216bc28a2e, 14dae94f5a84, 00166ff7896f, 02166ff7896f, 00166ff78970, 4025c24dfdcc, 64d4da5c2ea9, 00ff0276a117, 00ffafb0720b, 00ff78d4be65, 00ff421406b0, 4025c24dfdcd, 00ff1a9f743b, 00ff5cb06d25, 00ff8734f830, and 10bf480d2a02.

39. By making unauthorized copies of SOLIDWORKS as described above, Osco and Doe infringed and violated (directly or indirectly) DS SolidWorks's copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks's exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted work in copies."

40. Upon information and belief, Osco received a direct financial benefit from the above-described infringement of DS SolidWorks's copyrights.

41. Osco's and Doe's infringement and violation of DS SolidWorks's copyrights has been knowing and willful.

42. DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II

### CIRCUMVENTION OF TECHNOLOGICAL MEASURES
### (17 U.S.C. § 1201)
### (against all Defendants)

43. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

44. SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-licensed users of SOLIDWORKS to

"unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

45. Neither Osco nor Doe received an authorized License Key for SOLIDWORKS from DS SolidWorks.

46. Upon information and belief, Osco and Doe circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

47. Upon information and belief, Osco and Doe used a Solidsquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

48. By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, Osco and Doe have violated 17 U.S.C. § 1201.

49. Upon information and belief, Osco received a direct financial benefit from the above-described circumvention.

50. DS SolidWorks has been damaged by Osco's and Doe's above-described actions.

**PRAYER FOR RELIEF**

**WHEREFORE**, DS SolidWorks prays for relief as follows:

A. For a judgment determining that Osco and Doe have infringed DS SolidWorks's copyrights in violation of 17 U.S.C. § 501;

8

B.	For a judgment determining that Osco and Doe have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201.

C.	For a finding that such infringement and/or circumvention was willful;

D.	For a judgment preliminarily and permanently enjoining and restraining Osco, including its officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them, and Doe from directly or indirectly infringing DS SolidWorks's copyrights;

E.	For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Osco, (iii) statutory damages of $150,000 per act of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

F.	For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law;

G.	For such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ C. Benjamin Cooper
Rex H. Elliott                (0054054)
C. Benjamin Cooper            (0093103)
COOPER & ELLIOTT, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (fax)
rexe@cooperelliott.com
benc@cooperelliott.com

        Glenn E. Forbis (*Pro Hac Vice forthcoming*)
        Jennifer R. Turchyn (*Pro Hac Vice forthcoming*)
        HARNESS, DICKEY & PIERCE, P.L.C.
        5445 Corporate Drive, Suite 200
        Troy, Michigan 48098
        (248) 641-1600
        (248) 641-0270 (fax)
        gforbis@hdp.com
        jturchyn@hdp.com

        Attorneys for Plaintiff
        Dassault Systèmes SolidWorks Corporation

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues triable under law.

        /s/ C. Benjamin Cooper